UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER DELUCA, *et al.*,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>KERN COUNTY SHERIFF'S OFFICE, *et al.*,<br><br>　　　　Defendants. | Case No. 1:24-cv-01524-CDB<br><br>ORDER ON STIPULATION GRANTING PLAINTIFFS LEAVE TO FILE FIRST AMENDED COMPLAINT <u>AS MODIFIED</u><br><br>(Doc. 29)<br><br>**<u>SEVEN (7)-DAY DEADLINE</u>** |

　　　　Plaintiffs Jennifer DeLuca and minors M.D. and G.D., by and through their guardian ad litem Anthony DeLuca (collectively, "Plaintiffs"), initiated this action with the filing of a complaint against Defendants Kern County Sheriff's Office, Kern County, and Sheriff Donny Youngblood in his individual and official capacities (collectively, "County Defendants"), and Kern County Hospital Authority (with County Defendants, "Defendants") on December 12, 2024.  (Doc. 1). Plaintiffs seek damages pursuant to 42 U.S.C. § 1983, alleging violations under the Fourteenth Amendment and municipal liability under *Monell* arising from Plaintiff's attempted suicide while in Defendants' custody at Lerdo Pre-Trial Facility.  *See id*.  On May 13, 2025, the Court entered the operative scheduling order setting forth case management dates and deadlines, including, relevant here, the deadline of November 10, 2025, to amend the pleadings, including to add or substitute parties (including Doe defendants) and/or allegations and claims.  (Doc. 28).

　　　　Pending before the Court is the parties' stipulated request for an order granting Plaintiffs

leave to file a first amended complaint, filed on November 10, 2025. (Doc. 29). Plaintiffs attach to said filing a copy of the proposed first amended complaint. (Doc. 29-2). The proposed first amended complaint seeks to add the following individuals as named defendants: (1) Deputy Myra Gonzalez; (2) Deputy Frances Amparo; (3) Deputy John Comparan; (4) Deputy Laura Rojas; (5) Detentions Sergeant Rigoberto Lucio; (6) Detentions Lieutenant Justin Weigand; (7) Senior Deputy Erik Medina; (8) Behavioral Therapist I DOE; (9) AMFT/APCC DOE; (10) LCSW Sarah Jimenez-Puentes; and (11) RN Kenya Gooden. (Doc. 29 at 2). The parties request that Plaintiffs be provided 15 days after issuance of this order within which to file the proposed first amended complaint as a stand-alone docket entry, and Defendants be provided 45 days after service of the first amended complaint within which to file a response. *Id.* at 2-3.

Having considered the parties' stipulated representations and the factors enunciated in *Western Shoshone Nat'l Council v. Molini,* 951 F.2d 200, 204 (9th Cir. 1991), *cert. denied*, 506 U.S. 822 (1992), the parties' request for Plaintiffs to have leave to amend the complaint will be granted.

**Conclusion and Order**

In light of the parties' representations and good cause appearing, IT IS HEREBY ORDERED:

1. Within **seven (7) days** from entry of this order, Plaintiffs SHALL FILE as a stand-alone docket entry the first amended complaint proposed in the parties' stipulation (Doc. 29-2); and

2. Defendants shall respond to the first amended complaint **within 45 days** of its service. *See* Fed. R. Civ. P. 15(a)(3).

IT IS SO ORDERED.

Dated:   **November 12, 2025**                                  _____
                                                                 UNITED STATES MAGISTRATE JUDGE