**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JENNIFER DELUCA, individually; M.D., a minor, by and through Guardian Ad Litem, Anthony DeLuca; G.D., a minor, by and through Guardian Ad Litem, Anthony DeLuca<br><br>Plaintiffs,<br><br>v.<br><br>KERN COUNTY SHERIFF'S OFFICE; a public entity; KERN COUNTY, a public entity; SHERIFF DONNY YOUNGBLOOD, in his individual and official capacities; KERN COUNTY HOSPITAL AUTHORITY, a public entity; RIGOBERTO LUCIO; JUSTIN WEIGAND; MYRA GONZALEZ; FRANCES AMPARO; JOHN COMPARAN; LAURA ROJAS; COLEEN NAJAC; AMFT/APCC DOE; SARAH JIMENEZ-PUENTES; KENYA GOODEN; ERIK MEDINA and DOES 1 through 10, individually, jointly and severally,<br><br>Defendants. | **CASE NO. 1:24-cv-01524-CDB**<br><br>**~~[PROPOSED]~~ ORDER GRANTING JOINT STIPULATION TO CONTINUE THE COUNTY DEFENDANTS' DEADLINE TO RESPOND TO PLAINTIFFS' SECOND AMENDED COMPLAINT**<br><br>**(Doc. 67)** |

**ORDER**

Having reviewed the Parties' Joint Stipulation to Continue the County Defendants' Deadline to Respond to Plaintiffs' Second Amended Complaint and the supporting Declarations (Doc. 67), and good cause appearing therefor,

/// (cont.)

It is HEREBY ORDERED that the deadline for the County Defendants to respond to Plaintiffs' Second Amended Complaint (Doc. 66) is continued to and including October 8, 2026.

IT IS SO ORDERED.

Dated: **September 9, 2026**

UNITED STATES MAGISTRATE JUDGE