# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER DELUCA, individually; M.D., a minor, by and through Guardian Ad Litem, Anthony DeLuca; G.D., a minor, by and through Guardian Ad Litem, Anthony DeLuca<br><br>Plaintiffs,<br><br>v.<br><br>KERN COUNTY SHERIFF'S OFFICE; a public entity; KERN COUNTY, a public entity; SHERIFF DONNY YOUNGBLOOD, in his individual and official capacities; KERN COUNTY HOSPITAL AUTHORITY, a public entity; RIGOBERTO LUCIO; JUSTIN WEIGAND; MYRA GONZALEZ; FRANCES AMPARO; JOHN COMPARAN; LAURA ROJAS; COLEEN NAJAC; AMFT/APCC DOE; SARAH JIMENEZ-PUENTES; KENYA GOODEN; ERIK MEDINA and DOES 1 through 10, individually, jointly and severally,<br><br>Defendants. | **CASE NO. 1:24-cv-01524-CDB**<br><br>**~~[PROPOSED]~~ ORDER GRANTING JOINT STIPULATION FOR LEAVE FOR PLAINTIFFS TO FILE THIRD AMENDED COMPLAINT**<br>**AS MODIFIED**<br><br>(Doc. 71) |

///

///

///

**ORDER**

The Court, having reviewed the parties' Joint Stipulation for Leave for Plaintiffs to File a Third Amended Complaint, and good cause appearing therefor, HEREBY ORDERS that:

1) Plaintiffs are granted leave to file the proposed Third Amended Complaint ("TAC"), attached as Exhibit A to the parties' stipulation (*see* Doc. 71-1), pursuant to Federal Rule of Civil Procedure 15(a)(2) and Local Rule 137(c);
2) Plaintiffs shall file the TAC within seven (7) days of the date the Court enters a forthcoming order on Defendants Coleen Najac and Sarah Jimenez-Puente's anticipated motion to dismiss the Second Amended Complaint ("SAC", Doc. 66) (to be filed by Defendants Coleen Najac and Sarah Jimenez-Puente on October 12, 2026) and will remedy any deficiencies identified by the Court in its order on Defendants' anticipated motion to dismiss, unless otherwise ordered by the Court; and
3) County Defendants shall file their response to the TAC within fourteen (14) days of service.

IT IS SO ORDERED.

Dated: **October 8, 2026**

UNITED STATES MAGISTRATE JUDGE